UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURNELL EARL,     PETITIONER | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 22-cv-0962 |
| JERRY GOODWIN, WARDEN,     RESPONDENT | * * * | SECTION "L" (4) |

NOTICE OF LODGING OF
STATE COURT RECORD MATERIALS

MAY IT PLEASE THE COURT:

This is a § 2254 habeas corpus proceeding. The Court has ordered the production of the state court record (Rec. Doc. 4). The respondent respectfully notifies the Court that it has submitted the record to the Court, and has not filed it electronically, pursuant to Rule 13 of the Court's *Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings*.

The state record consists of twelve volumes, as follows.

<u>Volumes 1-3</u> comprise the record of the Louisiana First Circuit Court of Appeal under docket number 2014-KA-0534, in which petitioner sought direct

review of his conviction and sentence. <u>Volumes 1-2</u> contain contain the pretrial and trial proceedings in the matter of *State v. Burnell Earl*, no. 539204-1 on the docket of the 22nd Judicial District Court for the Parish of St. Tammany. <u>Volume 3</u> includes the briefs filed in the Louisiana First Circuit of Appeal.

<u>Volume 4</u> is the record of the Louisiana Supreme Court under docket number 2015-K-1042, in which petitioner sought review of the Louisiana First Circuit Court of Appeal's decision affirming his conviction. It includes the opinion of the Louisiana First Circuit Court of Appeal affirming his conviction

<u>Volume 5</u> is the state district court record (St. Tammany Parish, # 539204-1) of all proceedings occurring subsequent to the petitioner's appeal. It includes the petitioner's application for post-conviction relief and the respective judgment(s) of the state district court denying relief.

<u>Volume 6 and 7</u> are the records of writ applications filed in the First Circuit Court of Appeal under docket numbers 2017-K-0661 and 2017-K-1025, respectively. They concern the district court's initial denial of post-conviction relief. <u>Volume 8</u> is the record of the Louisiana Supreme Court writ application filed under docket number 2017-KH-1311, also concerning the district court's initial denial of post-conviction relief.

The First Circuit Court of Appeal ultimately remanded the case for an evidentiary hearing (Volume 7); <u>Volumes 9 and 10</u> are the records of writ applications filed in the First Circuit Court of Appeal under docket numbers 2018-KW-0953 and 2020-KW-1092, respectively. They concern the petitioner's attempts to ensure that the

state district court complied with the First Circuit Court of Appeal's remand order.

Volume 11 is the record of the First Circuit writ application filed under docket number 2021-KW-0312, in which the petitioner sought review of the district court's ruling denying post-conviction relief after holding the evidentiary hearing. Finally, Volume 12 is the record of the Louisiana Supreme Court writ application filed under docket number 2021-KH-0735, in which the petitioner sought further review of the district court's second ruling denying post-conviction relief.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

> Burnell Earl, DOC # 154891
> David Wade Correctional Center
> 670 Bell Hill Road
> Homer, LA 71040
> *Petitioner, pro se*

This the 20th day of May, 2022, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney