UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BURNELL EARL**                                   CIVIL ACTION

**VERSUS**                                         NO.   22-962

**JERRY GOODWIN, WARDEN**                          SECTION "L"(4)

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent Jerry Goodwin, Warden, and against the petitioner, Burnell Earl, denying Earl's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with prejudice as untimely.

New Orleans, Louisiana, this 15th day of September, 2022.

_____
**UNITED STATES DISTRICT JUDGE**