UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL EARL** | **CIVIL ACTION** |
| VERSUS | NO. 22-962 |
| **JERRY GOODWIN, WARDEN** | SECTION "L"(4) |

## ORDER AND REASONS

On September 15, 2022, the Court issued an order adopting the Magistrate Judge's Report and Recommendations in this case. In that order, the Court noted that the Report and Recommendations were unobjected to by either party. However, subsequent to that ruling, on September 22, 2022, the Court received Petitioner Burnell Earl's objections to that Report and Recommendations. Although the deadline for submitting objections was September 14, 2022, the Court has determined that under the Prison Mailbox Rule, *see Houston v. Lack*, 487 U.S. 266 (1988), Earl's objections, which were sent by certified mail on September 12, 2022, were in fact timely. For this reason, the Court withdraws its September 15, 2022 order of dismissal and substitutes this Order and Reasons in its place.

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections of Petitioner, hearby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly;

**IT IS ORDERED** that Burnell Earl's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of September, 2022.

_____
United States District Judge