UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL EARL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-962** |
| **JERRY GOODWIN, WARDEN** | **SECTION "L"(4)** |

### O R D E R

Considering Plaintiff's Motion for Reconsideration, R. Doc. 16:

Mr. Burl is correct that his objections to the Magistrate Judge's Report and Recommendations was timely filed. However, the Court has already reconsidered its judgment with the benefit of those objections and issued a revised judgment. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 27th day of September, 2022.

_____
**UNITED STATES DISTRICT JUDGE**