U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Oct 07 2022
CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BURNELL EARL
Plaintiff

VS.

JERRY GOODWIN, WARDEN, ET AL
Defendant

Case No. 22-CV- 0962
Sec: "L" (4)
Judge ELDON E.FALLON
Magistrate Judge KAREN WELLSROBY

## NOTICE OF APPEAL

Notice is hereby given that BURNELL EARL #154891
(Appellant's Name)

Appeals to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Eastern District of Louisiana Judgment
(Conviction and Sentence); (Sentence only); (Order or Judgment)

Entered in this action on September 26,2022.
(Date)

Signed this 3rd day of October, 2022.

Burnell Earl
(Attorney/Pro Se Litigant Signature)

Burnell Earl 154891
(Printed Name)

670 Bell Hill Road,H4A
(Street or P.O. Box)

Homer,Louisiana 71040
(City) (State) (Zip Code)

(Area) (Telephone)

TENDERED FOR FILING
OCT 07 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



MR. BURNELL EARL #154891
DAVID WADE CORRECTIONAL CENTER, H4A
670 BELL HILL ROAD
HOMER, LOUISIANA 71040

"LEGAL MAIL"

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C151
NEW ORLEANS, LOUISIANA 70130

70130$3367 C026

Case 2:22-cv-00962-EEF   Document 19   Filed 10/07/22   Page 3 of 3