UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL EARL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  22-962** |
| **JERRY GOODWIN, WARDEN** | **SECTION "L"(4)** |

# J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein and pursuant to this Court's Order and Reasons entered on September 27, 2022, (Rec. Doc. 17); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent Jerry Goodwin, Warden, and against the petitioner, Burnell Earl, denying Earl's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with prejudice as untimely.

New Orleans, Louisiana, this 11th day of October, 2022.

_____
**UNITED STATES DISTRICT JUDGE**