UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Oct 20 2022

CAROL L. MICHEL
CLERK

BURNELL EARL                                    CIVIL ACTION

VERSUS                                          NO: 22-962

JERRY GOODWIN, WARDEN

Motion For Status Clearification And/or Verification Of
Petitioner's Civil Action Pending.

May It Please The Court:

Now Into Court comes, the Petitioner-Burnell Earl #154891, who moves His Honorable Court For consideration and disposition clearifying and verifying the status of his pending civil action For the following reasons:

1.

Subsequently to the Petitioner filed § 2254 habeas corpus application on August 30, 2022, the United States Magistrate Judge Honorable Karen Wellsroby made a Report and Recommendation legal conclusion denying his petition.

2.

On September 12, 2022, the Petitioner submitted his objections to the District Court Judge contesting the Magistrate Judge's denial of his § 2254 habeas corpus application and mailed objections through the Prison U.S. Postal mailing System at David Wade Correctional Center, in Homer, Louisiana.

3.

On September 15, 2022, the District Court Judge-Eldon E. Fallon Adopted the

TENDERED FOR FILING

OCT 20 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Magistrate Judge's Report and Recommendation, and with Additional Reason that neither Party had raised any objections.

4.

On September 21, 2022, the Petitioner submitted a "Motion For Rehearing And Reconsideration," And Attached U.S. Postal Service Certified Mail - Receipt document insupport of him timely objecting to the Magistrate Judge's Report And Recommendation As proof of contesting the District Judge's legal conclusion Adopting Report And Recommendation And its denying his § 2254 Petition.

5.

On September 26, 2022, the District Court Judge held, that the Court receiving Petitioner's Motion For Objections And Realizing the motion was timely sent from the State Prison. The Court than withdrawed its September 15, 2022's Order of dismissal And substituted the September 26, 2022's Order And Reasons in its place.

6.

For reasons the District Court Judge stated: Having considered the complaint, the record, Applicable law, the Report And Recommendation of the United States Magistrate Judge And Adopts it As it opinion in this matter. Accordingly. It Is Ordered that Burnell Earl's Petition For issuance of a writ of habeas corpus filed pursuant to 28.U.S.C. § 2254 is Dismissed with prejudice.

7.

Petitioner filed a "Notice Of Appeal" of the District Court Judge's September 26, 2022's denial of his § 2254 habeas corpus application Petition on October 3, 2022.

(2)

8.

On October 14, 2022, the Petitioner rather than receiving a ruling of his "Notice Of Appeal," he received a similar denial as of the District Court Judge's denial of his §2254 petition on September 26, 2022, thus such rising a very sufficient degree of suspicion.

9.

Due to the above paragraphs and their allegations asserted, its the Petitioner's belief that some type of clerical omission has occurred in his civil action matters. Therefore, he seeks this Court's clearification and verification as to whether or not the recently reception of legal order of October 11, 2022, dated signed by the District Court Judge October 11, 2022 was correctly and intended and/or should it have been a response to his "Notice Of Appeal."

10.

Petitioner contends that this instant motion is essentially due to the facts of him timely pursuing the furthering of collateral attacking his unlawful conviction and sentence, and that which may be detered due to a clerical error and causes inordinate prejudice delays in such civil proceedings that could later constitute a denial of Due Process.

WHEREFORE, the Petitioner prays, that after review and consideration of the above contents, that the District Court Judge grant and order clerification and verification of the status disposition of this instant civil matter pending in Court,

Done this October 17, 2022, at Homer, Louisiana·

*Burrell Earl*                    #154891
DWCC- H4A, 670 Bell Hill Road
Homer, Louisiana 71040

(3)

Burnell Earl #154891
D.W.C.C
670 Bell Hill Road
Homer, LA 71040

The Hon. Clerk's Office
United States District Court - Section "L" (4)
Eastern District of Louisiana
New Orleans Louisiana 70130

70130$9999

SHREVEPORT LA

18 OCT 2022 PM 2 L

