UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL EARL** | **CIVIL ACTION** |
| VERSUS | NO. 22-962 |
| **JERRY GOODWIN, WARDEN** | SECTION "L"(4) |

## ORDER

Considering Petitioner Burnell Earl's Motion for Status Clarification and/or Verification of Petitioner's Civil Action Pending, R. Doc. 22;

Petitioner is **NOTIFIED** that, persuant to his Notice of Appeal, R. Doc. 19, Petitioner's case is now pending on appeal to the United States Court of Appeals for the Fifth Circuit. Petitioner's Case Number for his pending appeal is No. 22-30640. All future filings in this matter must be filed with the Fifth Circuit Court of Appeals.

New Orleans, Louisiana, this 21st day of October, 2022.

_____
United States District Judge