Case 2:22-cv-00962-EEF   Document 24   Filed 10/21/22   Page 1 of 15

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Oct 21 2022

CAROL L. MICHEL
CLERK

(Rev. 1/13/14)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Burnell Earl
Plaintiff

Prisoner # 154891

VS.

Jerry Goodwin, Warden
Defendant

Case Number 22 - 962

U.S. 5th. Cir. No. 22-30640

Judge Eldon E. Fallon

Magistrate Judge Karen Wellsbory

APPLICATION TO PROCEED *IN FORMA PAUPERIS*
PURSUANT TO 28 U.S.C. § 1915

I, Burnell Earl, prisoner/ICE identification number 154891,
(Full Name)

declare that I am the: Plaintiff [ ]   Petitioner [X]

* If you are a plaintiff in a civil rights action, are you serving a criminal sentence?   Yes [X]   No [ ]

* If you are **not** serving a criminal sentence, are you being held pursuant to a detainer placed upon you by a government agency such as the U.S. Immigration and Customs Enforcement (ICE)?   Yes [ ]   No [ ]

[ ] Movant (filing 28 U.S.C. § 2255 motion)

[X] Other  28 U.S.C. § 2254 Petition

in this case. In support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the full filing fee or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

TENDERED FOR FILING

OCT 21 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 6

(Rev. 1/13/14)

1. Are you incarcerated?  Yes [X]  No [ ]

   If "Yes," state place of incarceration: 670 Bell Hill Road David Wade Correctional Center, Homer, LA. 71040

   If "No," this is the incorrect form. You should request the Application to Proceed *In Forma Pauperis* for non-prisoners.

2. Do you have a work, program, status assignment, or other circumstances which causes you to be paid by the prison, jail, or other custodial institution?  Yes [ ]  No [X]

3. In the past 12 months have you received money from the following sources? If so, state the total amount received.

   **Amount**

   a. Business, profession, or other self-employment    Yes [ ]  No [X]  $ /
   b. Rent payments, interest, or dividends    Yes [ ]  No [X]  $ /
   c. Pensions, annuities, or life insurance payments    Yes [ ]  No [X]  $ /
   d. Disability or Worker's Compensation Payments    Yes [ ]  No [X]  $ /
   e. Gifts or Inheritances    Yes [ ]  No [X]  $ /
   f. Any other sources    Yes [ ]  No [X]  $ /

   If the answer to any of the above is "Yes," describe each source of money and state the amount received **and** the amount that you expect to continue to receive.

4. Do you have **any** cash or checking or savings accounts outside the prison?

   Yes [ ]    No [X]    Amount $ /

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond?

   Yes [ ]    No [X]    Amount $ /

6. Do you own any assets including real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?

   Yes [ ]    No [X]

Page 2 of 6

(Rev. 1/13/14)

If "Yes," describe each asset and state its value:

|  | Value |
|---|---|
| Automobiles _____ | $ _____ |
| Make/Model/Year _____ | $ _____ |
| Stocks _____ | $ _____ |
| Bonds _____ | $ _____ |
| Notes _____ | $ _____ |
| Real Estate _____ | $ _____ |
| Mortgage Amount | $ _____ |
| Other _____ | $ _____ |

(All entries crossed out with diagonal line)

7. Have you on any prior occasion, while incarcerated or detained in any prison, jail, or other facility, brought an action in federal court that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted?

Yes [ ]   No [X]

If "Yes," list the dismissals:

| Date Dismissed | Case Name | Case Number | Court |
|---|---|---|---|
| ___ | ___ vs. ___ | ___ | ___ |
| ___ | ___ vs. ___ | ___ | ___ |
| ___ | ___ vs. ___ | ___ | ___ |

(All entries crossed out)

I declare under penalty of perjury that I have submitted a complete statement of all of the assets that I possess and that all of the information set out above is true and correct.

Executed on Oct. 18, 2022          *Burnell Earl*
           (Date)                      (Signature of Applicant)

(Rev. 1/13/14)

## AUTHORIZATION

I, __BURWELL EARL__ prisoner/ICE detainee identification __154891__,

request and authorize the institution holding me in custody, to send to the Clerk of Court for the United States District Court, Western District of Louisiana, a certified copy of the statement for the last six months of my account at the institution where I am incarcerated and/or detained. If required by this court, I further authorize the institution holding me to forward from my account to the Clerk of Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of this complaint or petition. Thereafter, if I am a prisoner and not an ICE detainee, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account to the Clerk of Court each time my balance exceeds $10.00 until I have paid the filing fee in full.

This authorization is furnished in connection with the commencement of a civil action, and I understand that the total amount of filing fees for which I am obligated is $350.00 if this application is granted or $400.00 if denied. I also understand if I am a prisoner and not an ICE detainee that these fees will be debited from my account regardless of the outcome of my civil action. This authorization shall apply to any other institution into whose custody I may be transferred.

I further acknowledge that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of an inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

__Oct. 18, 2022__   __Burnell Earl__
(Date)                                                                              (Signature of Prisoner)

Page 4 of 6

(Rev. 1/13/14)

## CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below financial certificate. I understand that:

(1) if I commence a petition for Writ of Habeas Corpus in federal court pursuant to 28 U.S.C. §2254 or 28 U.S.C. §2241, the filing fee is $5.00, and such fee will have to be paid by me.

(2) if I file a civil action with this court (such as an action pursuant to 42 U.S.C. §1983) the filing fee is $400.00, and, that:

   (a) if my current account balance at the institution is $400.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $400.00 before I will be allowed to proceed with the action;

   (b) if my current account balance at the institution is $400.00 or less and I am a prisoner and not an ICE detainee, that before the action will be served on the defendants, I will be required to pay 20 percent of my average monthly balance, or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20 percent of the preceding month's deposits to my account in months that my account balance exceeds $10.00, and I hereby authorize the institution where I am confined to make such deductions. I must continue to make installment payments until the **$350.00 ($400.00 minus a $50.00 administrative fee)** filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

   (c) if my current account balance at the institution is $400.00 or less and I am an ICE detainee granted IFP status, I will not pay any of the $400.00 filing fee in a civil matter and will only pay $5.00 in a habeas matter. If I am an ICE detainee and I am denied IFP status, I must pay the full $400.00 filing fee.

(3) I further state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

(4) if I am located in a prison participating in the Electronic Filing Pilot Project, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Oct. 18, 2022    Burnell Earl         Burnell Earl 154891
(Date)    (Printed Name of Applicant)    (Signature & Prison Number of Applicant)

(Rev. 1/13/14)

## TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION

I certify that  Burnell Earl #154891  (prisoner/detainee name and number) has the current sum of $ 298.24  on account to his credit at  David Wade Correctional  (name of institution). I further certify that during the past six months the applicant's average balance was $  494.62  and that the applicant's average monthly deposits were $  159.33 . I have attached a certified copy of the applicant's prison trust fund account showing at least the past six months' transactions.

I further certify that the applicant does [ ] does not [X] have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ _____ .

10-04-2022
(Date)

Judy Lofton
(Signature of Authorized Officer)

Judy Lofton
(Printed Name of Authorized Officer)

```
DEPARTMENT OF CORRECTIONS                                         DATE : 10/04/22
INMATE MASTER RECORD INFORMATION                                  TIME : 12:08:44
================================================================================
 DOC NUMBER...:  154891              STATUS.....: ACTIVE
 LAST NAME    :  EARL                FIRST NAME : BURNELL      M.I.:
 SENT LENGTH  :  LIFE
 RACE         :  BLACK               DOC SYSTEM ENTRY DATE :   02/19/01
 SEX          :  MALE                DISCHARGE DATE :    03/06/08
 LAST UPDATE  :  09/14/22            SAVINGS BONDS  :
================================================================================
 LIVING QTRS         : H4A                         LIVING QTRS # : 7600
                       H-4 WING A
 WORK ASSIGNMENT     : FIELD CREW N                WORK ASSIGNMENT # : 9439
                       GROUNDSKEEPER                       PAY RATE : .020
 INC.PAY XFER FLAG:                                INC.PAY XFER DATE.: 20210822
================================================================================
 DRAWING BALANCE  :  $       298.24    ->LAST 6 MONTH AVERAGE....:  $     494.62
 SAVINGS BALANCE  :  $         0.00    ->LAST 6 MONTH AVERAGE....:  $       0.00
 RESERVE BALANCE  :  $         0.00
 TOTAL DEBT OWED  :  $         0.00     LAST 6 MTH AVG EARNINGS.:  $     159.33
 ACCRUED SALES    :  $        00.00        INSTITUTION LIMIT     :  $      99.00
 PERSONAL PROP. ACCRUED:$      0.00     PERSONAL PROPERRTY LIMIT:  $     250.00
================================================================================
     PRESS   XMIT   TO REQUEST ANOTHER INQUIRY :    (ENTER   X   TO CANCEL FUNCTION)
```

7600 H-4WGA      EARL       BURNELL              H4A           LSP NO:154891
DAVID WADE CORRECTIONAL CENTER                                 H-4 WING A

| DESCRIPTION | CHECK NUMBER | REFERENCE NUMBER | DATE | SAVINGS DEPOSIT | SAVINGS WITHDRAW | DRAWINGS DEPOSIT | DRAWINGS WITHDRAW | RESERVE DEPOSIT | RESERVE WITHDRAW |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | 02/27/22 | 0.00 | | 197.65 | 0.00 | 0.00 | 0.00 |
| ANGELICA GRANT | | J055DP | 02/24/22 | 0.00 | | 300.00 | 0.00 | 0.00 | 0.00 |
| ANGELICA GRANT | | J060DP | 03/01/22 | 0.00 | | 200.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T052307 | 03/03/22 | 0.00 | | 0.00 | 36.19 | 0.00 | 0.00 |
| FREDRICA LEE | | J062DP | 03/03/22 | 0.00 | | 130.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T053235 | 03/11/22 | 0.00 | | 0.00 | 28.57 | 0.00 | 0.00 |
| CANTEEN SALE | | T053703 | 03/16/22 | 0.00 | | 0.00 | 29.74 | 0.00 | 0.00 |
| AVONDA SMITH | | J079DP | 03/18/22 | 0.00 | | 100.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T054707 | 03/25/22 | 0.00 | | 0.00 | 43.32 | 0.00 | 0.00 |
| CURRENT BALANCE | | | 03/26/22 | 0.00 | | 789.83 | | 0.00 | |

```
PAGE   1                        STATE OF LOUISIANA                        PAGE   1
                            DEPARTMENT OF CORRECTIONS                 DATE 10/04/22
                                *** STATEMENT ***

7600 H-4WGA                                                           LSP NO:154891
DAVID WADE CORRECTIONAL CENTER          H4A                           H-4 WING A
        EARL      BURNELL

                        ---REFERENCE---      -----SAVINGS-----   -----DRAWINGS-----   -----RESERVE-----
DESCRIPTION             CHECK     DATE       DEPOSIT  WITHDRAW   DEPOSIT  WITHDRAW    DEPOSIT  WITHDRAW
                        NUMBER
BEGINNING BALANCE                 03/27/22      0.00                789.83               0.00
DAVID REAMES            J090DP    03/31/22      0.00                100.00    0.00        0.00     0.00
CANTEEN SALE            T055161   04/04/22      0.00       0.00       0.00   80.67        0.00     0.00
CANTEEN SALE            T055162   04/04/22      0.00       0.00       0.00   50.00        0.00     0.00
UPMAILROOM PKG.         7A28AE    04/07/22      0.00       0.00       0.00    3.19        0.00     0.00
DALE BOGGS FEDERAL BUIL 576405    7413SP 04/07/22  0.00    0.00       0.00    5.00        0.00     0.00
CANTEEN SALE            T056074   04/12/22      0.00       0.00       0.00   47.44        0.00     0.00
CANTEEN SALE            T056822   04/21/22      0.00       0.00       0.00   61.40        0.00     0.00

CURRENT BALANCE                   04/23/22      0.00                 642.13               0.00
```

```
                           STATE OF LOUISIANA                              PAGE    1
                         DEPARTMENT OF CORRECTIONS                    DATE 10/04/22
                             *** STATEMENT ***

7600 H-4WGA           EARL                                          LSP NO:154891
DAVID WADE CORRECTIONAL CENTER    BURNELL         H4A               H-4 WING A
```

| DESCRIPTION | CHECK NUMBER | REFERENCE NUMBER | DATE | SAVINGS DEPOSIT | WITHDRAW | DRAWINGS DEPOSIT | WITHDRAW | RESERVE DEPOSIT | WITHDRAW |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | 04/24/22 | 0.00 | | 642.13 | | 0.00 | |
| FREDRICA LEE | | J117DP | 04/27/22 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| LEVI MARTIN | | J121DP | 04/30/22 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T057668 | 05/03/22 | 0.00 | 0.00 | 0.00 | 72.74 | 0.00 | 0.00 |
| DAVID REAMES | | J125DP | 05/05/22 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T058324 | 05/09/22 | 0.00 | 0.00 | 0.00 | 34.44 | 0.00 | 0.00 |
| CANTEEN SALE | | T058325 | 05/09/22 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| ROSS CORPORATION CUSTOM 579551 | 7486SP | | 05/12/22 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 0.00 |
| JPAY CREDIT-STAMP/MUSIC | | T133AE | 05/13/22 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T059136 | 05/18/22 | 0.00 | 0.00 | 0.00 | 39.02 | 0.00 | 0.00 |
| CANTEEN SALE | | T059816 | 05/25/22 | 0.00 | 0.00 | 0.00 | 44.55 | 0.00 | 0.00 |
| CURRENT BALANCE | | | 05/28/22 | 0.00 | | 680.38 | | 0.00 | |

```
                       STATE OF LOUISIANA                    PAGE   1
                       DEPARTMENT OF CORRECTIONS             DATE 10/04/22
                       *** STATEMENT ***
```

7600 H-4WGA
DAVID WADE CORRECTIONAL CENTER

EARL        BURNELL           H4A           H-4 WING A           LSP NO:154891

| DESCRIPTION | CHECK NUMBER | REFERENCE NUMBER | DATE | SAVINGS DEPOSIT | SAVINGS WITHDRAW | DRAWINGS DEPOSIT | DRAWINGS WITHDRAW | RESERVE DEPOSIT | RESERVE WITHDRAW |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | 05/29/22 | 0.00 | 0.00 | 680.38 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T060554 | 06/03/22 | 0.00 | 0.00 | 0.00 | 13.79 | 0.00 | 0.00 |
| CANTEEN SALE | | T060555 | 06/03/22 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T061174 | 06/10/22 | 0.00 | 0.00 | 0.00 | 88.26 | 0.00 | 0.00 |
| CANTEEN SALE | | T061175 | 06/10/22 | 0.00 | 0.00 | 0.00 | 9.46 | 0.00 | 0.00 |
| CANTEEN SALE | | T061839 | 06/16/22 | 0.00 | 0.00 | 0.00 | 18.06 | 0.00 | 0.00 |
| FREDRICA LEE | | J172DP | 06/21/22 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T062227 | 06/22/22 | 0.00 | 0.00 | 0.00 | 55.98 | 0.00 | 0.00 |
| CANTEEN SALE | | T062228 | 06/22/22 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| CURRENT BALANCE | | | 06/25/22 | 0.00 | | 514.83 | | 0.00 | |

```
PAGE   1                         STATE OF LOUISIANA                    PAGE   1
                              DEPARTMENT OF CORRECTIONS              DATE 10/04/22
                                  *** STATEMENT ***

7600 H-4WGA              EARL                                         LSP NO:154891
DAVID WADE CORRECTIONAL CENTER           BURNELL            H4A       H-4 WING A
```

| DESCRIPTION | CHECK NUMBER | REFERENCE NUMBER | DATE | SAVINGS DEPOSIT | WITHDRAW | DRAWINGS DEPOSIT | WITHDRAW | RESERVE DEPOSIT | WITHDRAW |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | 06/26/22 | 0.00 | | 514.83 | | 0.00 | |
| CANTEEN SALE | | T062827 | 06/28/22 | 0.00 | 0.00 | 0.00 | 44.20 | 0.00 | 0.00 |
| FREDRICA LEE | | J184DP | 07/02/22 | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T063340 | 07/06/22 | 0.00 | 0.00 | 0.00 | 52.77 | 0.00 | 0.00 |
| CANTEEN SALE | | T063341 | 07/06/22 | 0.00 | 0.00 | 0.00 | 25.54 | 0.00 | 0.00 |
| CANTEEN SALE | | T064090 | 07/13/22 | 0.00 | 0.00 | 0.00 | 61.81 | 0.00 | 0.00 |
| CANTEEN SALE | | T064091 | 07/13/22 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| DAVID REAMES | | J194DP | 07/13/22 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| KING BABYJR | | J198DP | 07/17/22 | 0.00 | 0.00 | 94.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T064546 | 07/19/22 | 0.00 | 0.00 | 0.00 | 53.59 | 0.00 | 0.00 |
| FREDRICA LEE | | J206DP | 07/25/22 | 0.00 | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T065069 | 07/26/22 | 0.00 | 0.00 | 0.00 | 77.18 | 0.00 | 0.00 |
| CANTEEN SALE | | T065070 | 07/26/22 | 0.00 | 0.00 | 0.00 | 6.46 | 0.00 | 0.00 |
| CANTEEN SALE | | T065071 | 07/26/22 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| CURRENT BALANCE | | | 07/30/22 | 0.00 | | 579.28 | | 0.00 | |

STATE OF LOUISIANA　　　　　PAGE 1
DEPARTMENT OF CORRECTIONS　　DATE 10/04/22
*** STATEMENT ***

7600 H-4WGA
DAVID WADE CORRECTIONAL CENTER

EARL BURNELL　　　H4A　　　　LSP NO:154891　　H-4 WING A

| DESCRIPTION | CHECK NUMBER | REFERENCE NUMBER | DATE | SAVINGS DEPOSIT | WITHDRAW | DRAWINGS DEPOSIT | WITHDRAW | RESERVE DEPOSIT | WITHDRAW |
|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | | | 07/31/22 | 0.00 | | 579.28 | | 0.00 | |
| CANTEEN SALE | | T065934 | 08/05/22 | 0.00 | 0.00 | 0.00 | 63.83 | 0.00 | 0.00 |
| CANTEEN SALE | | T065935 | 08/05/22 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 |
| CANTEEN SALE | | T066476 | 08/10/22 | 0.00 | 0.00 | 0.00 | 48.71 | 0.00 | 0.00 |
| CANTEEN SALE | | T066946 | 08/16/22 | 0.00 | 0.00 | 0.00 | 51.11 | 0.00 | 0.00 |
| CANTEEN SALE | | T067443 | 08/22/22 | 0.00 | 0.00 | 0.00 | 29.50 | 0.00 | 0.00 |
| CURRENT BALANCE | | | 08/27/22 | 0.00 | | 371.13 | | 0.00 | |

BURNELL EARL, DOC #154891
DAVID WADE CORRECTIONAL CENTER
670 BELL HILL RD. H4A
HOMER, LOUISIANA   71040-2150

CERTIFIED MAIL

7008 0150 0001 3721 4023




US POSTAGE PITNEY BOWES
ZIP 71040   $ 008.45⁰
0000376940 OCT 18 2022

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST. Room C151
NEW ORLEANS, LOUISIANA  70130

LEGAL MAIL

