UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BURNELL EARL                                          CIVIL ACTION

VERSUS                                                NO. 22-0962

WARDEN JERRY GOODWIN                                  SECTION "L"

## ORDER

Considering the petitioner's application to proceed in forma pauperis on appeal,

**IT IS ORDERED** that:

[X] the motion is **GRANTED**; the party is entitled to proceed in forma pauperis.

[ ] the motion is **MOOT**; the party was previously granted pauper status.

[ ] the motion is **DENIED**; the party has sufficient funds to pay the filing fee.

[ ] the motion is **DENIED as MOOT**; the filing fee has already been paid.

[ ] the motion is **DENIED**; the requested financial information has not been provided.

[ ] the motion is **DENIED**; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

New Orleans, Louisiana, this 24th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE