# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30640    Earl v. Goodwin
                     USDC No. 2:22-CV-962

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Matthew B. Caplan
Mr. Burnell Earl
Ms. Carol L. Michel