UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL EARL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  22-962** |
| **JERRY GOODWIN, WARDEN** | **SECTION "L"(4)** |

## ORDER & REASONS

On September 26, 2022, the Court issued an order adopting the Magistrate Judge's Report and Recommendations in this case. R. Doc. 17. Mr. Earl then appealed this order, as well as the denial of reconsideration on this order, to the Fifth Circuit. R. Doc. 19. He also filed a motion for certificate of appealability with this Court on December 28, 2022, which this Court denied on the grounds that he failed to meet the standard for issuance, specifically by failing to make a substantial showing of the denial of a constitutional right. R. Docs. 25, 26. On March 20, 2023, the Fifth Circuit then denied Mr. Earl's motion for a certficate of appealability on the grounds that the district court correctly found he failed to meet the standard for issuance. R. Doc. 28.

The Court has before it Mr. Earl's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). R. Doc. 29. In this motion, Mr. Earl presents the same facts and identical arguments as his intial petition regarding his entitlement to tolling. Id. These arguments were all thoroughly addressed by the Report and Recommendations and the orders of this Court in 2022. Further, a motion pursuant to Rule 60(b) must be made within a year of the judgment or order or the date of the proceeding. Fed. R. Civ. P. 60(c)(1). In the instant motion, he asks this Court to set aside the judgment that held his petition untimely. This judgment was issued on

1

October 11, 2022, more than one year ago from April 2, 2024, the date of his motion. Even if what Mr. Earl appeals is the most recent order from the Fifth Circuit, which this Court acknowledges it cannot review or set aside, his motion is untimely.

Accordingly for the foregoing reasons;

**IT IS ORDERED** that Burnell Earl's motion for relief from judgment under Rule 60(b) be **DENIED**.

New Orleans, Louisiana, this 6th day of May, 2024.

_____
United States District Judge