

Richard B. Lay
110315
HCC-BHU 1-D
P.O. Box 174
St. Gabriel, LA
70776

Clerk of Court
USDC-ED-LA
500 Poydras St
Room
New Orleans, LA
70130

FIRST-CLASS

US POSTAGE
ZIP 70776
$004.140
AUG 06 2025



RECEIVED
AUG 11 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK