

Richard B. Lay
110315
HCC-BHU 1-D
P.O. Box 174
St. Gabriel, LA
70776

Clerk of Court
USDC-ED-LA
500 Poydras St
New Orleans, LA
70130

FIRST-CLASS





RECEIVED
AUG 11 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK